# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:19-mj-10147-RBM |
| Harsimran Singh Mashiana | ) | |
| *Defendant* | | |

**FILED AUG -5 2019**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## PRETRIAL RELEASE ORDER

IT IS ORDERED that the defendant's release is subject to these conditions:

### Mandatory Conditions

(1) The defendant must not violate federal, state, or local law during the period of release.
(2) The defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a.

### Standard Conditions
*(Each Standard Condition applies, unless stricken.)*

(3) The defendant must appear in court as ordered and surrender as directed to serve any sentence.
(4) The defendant must not possess or attempt to possess a firearm, destructive device, or other dangerous weapon. The defendant must legally transfer all firearms, as directed by Pretrial Services.
(5) The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances.
(6) The defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office.
(7) The defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number.
(8) The defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form.
(9) Restrict travel to: ☒ San Diego County　☒ Imperial County　☐ State of California
　　　　　　　　　　☐ CDCA (L.A., Orange, Riverside, San Bernardino, S.L.O., Santa Barbara, Ventura)
　　　　　　　　　　☒ Do not enter Mexico　☐ Other Travel Restriction: _____

### Additional Conditions

(10) ☐ The defendant must reside with surety, family, or at a residence approved by Pretrial Services.
(11) ☐ (a) The defendant is released on personal recognizance.
　　　☒ (b) The defendant must execute an appearance bond in the amount of $ 5,000.00 that is:
　　　　　☐ Unsecured.
　　　　　☒ Secured, as set forth below. The Court finds that an unsecured bond will not reasonably assure the defendant's appearance as required and/or will endanger the safety of another person or the community.
　　　　　Security: ☒ The co-signature of 1 financially responsible and related adult.
　　　　　　　　　☒ A cash deposit with the Court of $ 50%.
　　　　　　　　　☐ A cash bond and/or a bail bond by an approved, solvent corporate surety. A corporate bail bond must cover all conditions of release, not just appearances.
　　　　　　　　　☐ Other: _____.
(12) ☒ Other conditions: If released on bond, surety at his/her own expense must provide housing and transportation to and from court for defendant.

Dated: ~~7/29/2019~~
　　　　8/5/19

_____
Honorable Ruth Bermudez Montenegro
United States Magistrate Judge