
FILED
Aug 15 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ rhear  DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: '19 CR3145 LL |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325(a)(1) – Improper Attempted Entry by an Alien (Misdemeanor) |
| HARSIMRAN SINGH MASHIANA, | |
| Defendant. | |

The United States Attorney charges:

On or about July 27, 2019, within the Southern District of California, defendant Harsimran Singh Mashiana, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

ROBERT S. BREWER, JR.
United States Attorney

BLAIR C. PEREZ
Assistant U.S. Attorney

BCP:BCP:8/14/19